32 So.2d 244

### Clarence SHEWBART v. STATE.
### 8 Div. 399.

Supreme Court of Alabama.
July 31, 1947.

Rehearing Denied Oct. 16, 1947.

J. Foy Guin, of Russellville, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., opposed.

STAKELY, Justice.

Petition of Clarence Shewbart for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Shewbart v. State, 32 So.2d 241.

Writ denied.

GARDNER, C. J., and FOSTER and LAWSON, JJ., concur.